UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on July 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Pedro J. Guerrero,

Case No.: 18-23293

Chapter: 13

Judge: RG

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 18-23293-RG    Doc 41    Filed 07/12/19    Entered 07/13/19 00:44:58    Desc Imaged
Certificate of Notice    Page 2 of 3

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___3 / 5 / 2019___ :

Property: ___9 Monmouth Avenue, West Milford NJ 07480___

Creditor: ___The Bank of NY Mellon___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___10/10/2019___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-23293-RG
Pedro J. Guerrero                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jul 10, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db              +Pedro J. Guerrero,    9 Monmouth Ave.,    West Milford, NJ 07480-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Donald C. Goins    on behalf of Debtor Pedro J. Guerrero dcgoins1@gmail.com, G25787@notify.cincompass.com
     Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
     Marie-Ann Greenberg    magecf@magtrustee.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 5