**Order Filed on March 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Secured Creditor: Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-13 |
| In Re:<br><br>  Pedro J. Guerrero<br>             Debtor |

Case No.:    18-23293 RG

Judge:       Rosemary Gambardella

Chapter:    13

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 17, 2020**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on August 21, 2018:

Property: 9 Monmouth Ave West Milford, NJ 07480

Creditor: Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-13

and a Request for

- ❏ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-13, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.